UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MELENDEZ,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No.   CV 10-9998 PA<br>        CR 08-913 PA<br><br>JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion to vacate, set aside or correct sentence pursuant to Title 28, U.S.C., Section 2255 is denied and the action is dismissed with prejudice.

The Clerk is ordered to enter this Judgment.

DATED: August 18, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE